UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMUEL GOODALL,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C06-1266JLR<br><br><br><br>~~PROPOSED~~ ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act and for Supplemental Security Income disability benefits under Title XVI of the Social Security Act is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will discuss all of Plaintiff's diagnosed impairments, including depressive disorder and schizophrenia,

David R. Johnson
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2545
FAX: (206) 615-2531

and the limitations caused by each; reevaluate the medical evidence; reevaluate Plaintiff's credibility; consult a medical expert regarding what the varying medical opinions mean and what limitations would remain if the DAA caused limitations were separated out; and, if necessary, obtain a consultative examination that includes testing appropriate to determine Claimant's level of functioning.  Additionally, the ALJ will perform any further development and conduct any further proceedings deemed necessary.  The ALJ and Plaintiff may also raise and pursue additional issues, including any discussed in Plaintiff's brief.  The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412 (d), upon proper request to this Court.

DATED this 13th day of March 2007.

JAMES L. ROBART
United States District Judge

Recommended for Entry
this 13th day of March, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:
s/ David R. Johnson   WSB # 22269
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
david.r.johnson@ssa.gov